UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TAMIKA N. HARPER,

                Plaintiff,                      Civil Action No.

      v.

PRIMARY FINANCIAL SERVICES, LLC,

                Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Primary Financial Services, L.L.C. ("Primary Financial Services") hereby declares:

1. The sole member/parent company of Primary Financial Services is CBV US Inc., which owns 100% of its membership. CBV US Inc. is not a publicly traded corporation.

2. No publicly traded corporation currently owns 10% or more of Primary Financial Services' membership.

Dated: Buffalo, New York
       October 2, 2014                     Respectfully Submitted,

                                                 BOND, SCHOENECK & KING, PLLC

                                                 By: /s/ Sharon M. Porcellio
                                                      Sharon M. Porcellio, Esq.
                                               *Attorneys for Defendant*
                                               Bond, Schoeneck & King, PLLC
                                               40 Fountain Plaza, Suite 600
                                               Buffalo, New York 14202
                                               Telephone: (716) 566-2800
                                               Email:  sporcellio@bsk.com

146848.1

TO:    Jenna S. Strazzulla, Esq.
*Attorneys for Plaintiff*
The Tarantino Law Firm, LLP
1500 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Telephone: (716) 849-6500
Email:  jstrazzulla@tarantinolaw.com